UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO LAMONT HARRIS,<br><br>               Plaintiff,<br><br>   v.<br><br>RYAN ANDERSON, et al.,<br><br>               Defendants. | CASE NO. C18-0861-RSM-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff proceeds pro se and *in forma pauperis* in this civil rights matter pursuant to 42 U.S.C. § 1983. The Court issued an Order Directing Service in this case and, on July 23, 2018, the copy of the Order sent to plaintiff was returned to the Court as undeliverable. (Dkt. 13.) Another order was similarly returned as undeliverable on July 24, 2018. (Dkt. 14.)

Pursuant to Local Civil Rule (LCR) 41(b)(2), plaintiff is required to keep the Court and opposing parties advised as to his current address. "If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute." LCR 41(b)(2).

REPORT AND RECOMMENDATION
PAGE - 1

In this case, more than sixty days have elapsed since the Court's mailings to plaintiff were returned by the Post Office as undeliverable. Given this fact, and given plaintiff's failure to keep the Court and defendants apprised of his current mailing address, the Court recommends dismissal of this action without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

## DEADLINE FOR OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 26, 2018**.

DATED this 2nd day of October, 2018.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2