UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIO LAMONT HARRIS,

        Plaintiff,

v.

RYAN ANDERSON, et al.,

        Defendants.

CASE NO. C18-0861-RSM

ORDER DISMISSING ACTION

The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint, and this action, are DISMISSED, without prejudice, for failure to provide a current mailing address pursuant to Local Civil Rule (LCR) 41(b)(2); and

(3) The Clerk is directed to send copies of this Order to plaintiff, to defendants, and to the Honorable Mary Alice Theiler.

DATED this 30 day of October 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
PAGE - 1